IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY CIENKUS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MATTHEW CIENKUS, DECEASED, <br><br> Plaintiffs, <br><br> v. <br><br> MATERIAL HANDLING SYSTEMS, INC., et al. <br><br> Defendants. | Case No. 1:17-cv-09264 <br><br> Judge: Rebecca R. Pallmeyer |

## AGREED ORDER OF DISMISSAL

The parties having agreed to a full resolution of this dispute, and the Court being sufficiently advised;

The parties' settlement agreement will be filed with the court under seal.

IT IS HEREBY ORDERED that this action is DISMISSED, in its entirety, with prejudice, with each side to pay its own fees and costs. This Court retains jurisdiction to enforce the terms of this settlement.

ENTER:

Date: August 29, 2018

_____
REBECCA R. PALLMEYER
United States District Judge

SEEN AND AGREED TO BY:

/s/ Timothy M. Palumbo
Timothy M. Palumbo, Esq.
Kopka Pinkus Dolin
200 W. Adams Street, Suite 1200
Chicago, Illinois 60606
Phone: 312.782.9920
Fax:    312.782.9965

And

Michael Denbow (*pro hac vice*)
STITES & HARBISON PLLC
400 W. Market Street Suite 1800
Louisville, Kentucky  40202-3352
Phone: (502) 587-3400
Fax:    (502) 587-6391
*Counsel for Defendant Material Handling Systems, Inc.*

/s/ Daniel Robert Sarther  (*with permission*)
Daniel Robert Sarther
dsarther@wolflawltd.com
Wolf Law, Ltd.
25 E. Washington
Suite 801
Chicago, IL 60602
(630) 651-2812

And

Scott C. Bentivenga, Esq.
Michael S. Haggerty, Esq.
Scott.bentivenga@lewisbrisbois.com
Michael.haggerty@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
*Counsel for Defendant United Parcel Service, Inc.*

| | |
|---|---|
| /s/ William J. Burke (with permission) | /s/ Joseph R. Vallort (with permission) |
| William J. Burke | Larry J. Chilton |
| wburke@costellaw.com | Joseph R. Vallort |
| COSTELLO MCMAHON BURKE & MURPHY, LTD. | lchilton@cyp-law.com |
| | jvallort@cyp-law.com |
| 150 North Wacker, Suite 3050 | CHILTON YAMBERT PORTER LLP |
| Chicago, IL 60606 | 303 W. Madison Street |
| *Counsel for Plaintiff* | Suite 2300 |
| | Chicago, IL 60606 |
| | (312) 634-1261 |
| | *Counsel for MHS Technical Services, Inc* |